IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DISTRICT

| | |
|---|---|
| JACKIE D. WHITEAKER,      ) | |
| ) | 3: 12-cv-00783-PK |
| Plaintiff,      ) | |
| ) | |
| v.      ) | |
| ) | ORDER TO DISMISS |
| MULTNOMAH COUNTY SHERIFFS      ) | |
| DEPARTMENT and CAPTAIN      ) | |
| BISHOP,      ) | |
| ) | |
| Defendants.      ) | |
| _____) | |

BROWN, District Judge.

Plaintiff, in accord with the Court's Order [5], has filed an amended application to proceed *in forma pauperis*. However, along with his amended application, plaintiff moves to voluntarily dismiss this action without prejudice. Defendants have not been

1 - ORDER TO DISMISS

served in this prisoner civil rights action. Accordingly, the Court grants plaintiff's Motion [13].[1]

## CONCLUSION

Plaintiff's Motion [13] to voluntarily dismiss this action without prejudice is GRANTED. No filing fee will be assessed in this case.

The Clerk of the Court is directed to forward to plaintiff with this Order a form Civil Rights Complaint and a form application to proceed *in forma pauperis*.

IT IS SO ORDERED.

DATED this 27th day of June, 2012.

_____
Anna J. Brown
United States District Judge

---

[1] In response to plaintiff's request for "a new habeas corpus application and [in] forma pauperis application, if needed, for re-opening case," he is advised that should he choose to file a civil rights case in the future, he will need to file both a new Civil Rights Complaint and a new application to proceed *in forma pauperis* along with current proof of his financial status.

2 - ORDER TO DISMISS